UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.D. MARTIN, | Case No. 06cv1073-BEN (BLM) |
| Petitioner, | **ORDER SETTING DEADLINE FOR PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS** |
| v. | |
| A.P. KANE, Warden, | |
| Respondent. | |

On August 1, 2006, the Court issued an Order Reopening Case and Setting Briefing Schedule on the instant Petition for Writ of Habeas Corpus. Doc. No. 7. On September 6, 2006, Respondent filed an ex parte application requesting a thirty-day extension of time to file an Answer to that Petition. Doc. No 8. The Court granted Respondent's ex parte application that same day, extending Respondent's Answer deadline to October 9, 2006 and ordering Petitioner to file his Traverse no later than thirty days after service of Respondent's Answer. Doc. No. 9. As Respondent's ex parte application sought no extension of the deadlines related to motions to dismiss, no such extension was given.

On October 10, 2006, however, Respondent submitted for filing a Notice of Motion and Motion to Dismiss. Nevertheless, the Court

accepted Respondent's motion for filing. Doc. No. 11. To date, Petitioner has not filed an Opposition to Respondent's Motion, and, as noted above, no extended deadline for Petitioner's Opposition has been set.

Accordingly, Petitioner shall file his Opposition, if any, to Respondent's Motion to Dismiss no later than **December 22, 2006**. Petitioner's Opposition shall not address the merits of his claims for habeas relief, but rather shall address all grounds upon which Respondent contends dismissal without reaching the merits of Petitioner's claims is warranted.

**IT IS SO ORDERED.**

Dated: November 21, 2006

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

ALL COUNSEL