AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Martin

               **V.**

Kane, et al

**JUDGMENT IN A CIVIL CASE**

           **CASE NUMBER:**    06cv1073 BEN(BLM)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court fully adopts Judge Major's report, finding that Martin's Petition for Writ of Habeas Corpus is denied as untimely, as well as for failure for to exhaust his available state remedies...........................

| August 2, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/J. Hathaway

(By) Deputy Clerk

ENTERED ON August 2, 2007

06cv1073 BEN(BLM)